

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-37,487-03

### IN RE FRANCISCO L RAMOS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 655773 IN THE 208TH DISTRICT COURT
### FROM  HARRIS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant

to the original jurisdiction of this Court.  Relator filed an application for a writ of habeas corpus in

the 208th District Court of Harris County on January 12, 2018. The State was served on January 23,

2018. More than 180 days has passed since the date the State received the application, and the

application has not been timely forwarded to this Court as mandated by Texas Rule of Appellate

Procedure 73.4(b)(5).

Respondent, the District Clerk of Harris County, is ordered to file a response, which may be

made by submitting the record on such habeas corpus application, submitting proof of the date of

receipt by the State showing 180 days has not yet elapsed, or stating that Relator has not filed an application for a writ of habeas corpus in Harris County.  This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response.  Such response shall be submitted within 30 days of the date of this order.

Filed: April 10, 2019
Do not publish